IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSE LORA,

    **Petitioner,**

    v.                                CASE NO. 2:10-CV-00677
                                              CRIM. NO. 2:97-CR-101(5)

UNITED STATES OF AMERICA,        JUDGE SMITH

    **Respondent.**

## OPINION AND ORDER

On August 3, 2010, the Magistrate Judge recommended that this action be transferred to the United States Court of Appeals for the Sixth Circuit as a successive petition. Although the parties were advised of the right to object to the *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPED** and **AFFIRMED** This action is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit as a successive petition.

                                                     /s/ George C. Smith
                                                        George C. Smith
                                                        United States District Judge